UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 9:24-cr-80112
Rosenberg/Reinhart

**UNITED STATES OF AMERICA**
Plaintiff,

v.

**JOSUE DAVID BALAGUER,**
Defendant.
_____/

## DEFENDANT BALAGUER'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT ("PSR")

COMES NOW Defendant Balaguer, through his undersigned counsel, and states:

1. After reviewing his PSR with counsel, Mr. Balaguer wishes to note his following *Objections* to the PSR. For the convenience of the Court, his *Objections* and notes are summarized in the chart below (references are to PSR page number, followed by PSR paragraph number):

| *U.S. v. Balaguer* | | Case no. 9:24-cr-80112 |
|---|---|---|
| **PSR page / paragraph** | **PSR says** | **Balaguer's Objection** |
| 14 / 58 | Base Offense Level is **38** | Base Offense Level is **34** (based on extensive conversations with the government, and re-review of DEA lab reports) |

1

| *U.S. v. Balaguer* | | Case no. 9:24-cr-80112 |
|---|---|---|
| **PSR page / paragraph** | **PSR says** | **Balaguer's Objection** |
| 14 / 57 | Balaguer *does not* meet the criteria for the "safety valve" § 5C1.2(a) because he "possessed" a gun | Balaguer *does* meet the criteria for the "safety valve" §5C1.2(a) because he *did not* "possess" a gun |
| 15 / 59 | Because a firearm was possessed, the offense level is increased by 2 levels § 2D1.1(b)(1) | A firearm was *not* possessed, so the offense level should *not* be increased by 2 levels per § 2D1.1(b)(1) |
| 15 / 60 | Because Balaguer maintained a premises for the purpose of distributing a controlled substance, the offense level is increased by 2 levels § 2D1.1(b)(12) | Balaguer did not maintain a premises for the purpose of distributing a controlled substance, so no 2-level increase per § 2D1.1(b)(12) |
| 15 / 67 | Total Offense Level **39** | Total Offense Level **24** based on:<br> **-2** levels for "safety valve" eligible,<br> **-2** levels for no firearm enhancement,<br> **-2** levels for Zero Point Offender,<br> **-2** levels for not maintaining a premises for drug distribution<br>**-4** Base Offense Level **34**<br>**-3** acceptance of responsibility |
| 16 / 71 | Balaguer has zero Criminal History Points | Balaguer should receive an additional 2-level decrease as a Zero Point Offender |

| *U.S. v. Balaguer* | | Case no. 9:24-cr-80112 |
|---|---|---|
| **PSR page / paragraph** | **PSR says** | **Balaguer's Objection** |
| 21 / 111 | Total Offense Level **39**, Criminal History Category I, Guideline range **262-327** months | Total Offense Level **24**, Criminal History Category I (Zero Point Offender), Guideline range **51-63** months (with no minimum mandatory sentence because of "safety valve" eligibility) |

WHEREFORE, Defendant Balaguer prays this Court will grant his *Defendant Balaguer's Objections To The Pre-Sentence Investigation Report ("PSR")*.

Respectfully submitted,

s/Michael Hursey_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant Balaguer
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Tel: (954) 252-7458
Fax: (754) 551-6574
Email: mhpalaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was electronically filed using CM/ECF with the Clerk of the Court on July 22, 2025.

s/ Michael Hursey_____
MICHAEL HURSEY, ESQ.